177 A.3d 132

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. LAURIE WINT A/K/A LAURIE A. WINT, JR., LAURIE AINSWORTH WINT, LANCE, DEFENDANT–PETITIONER.

C–414 September Term 2017
079660

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002182–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted; and it is further

ORDERED that the appellant may electronically serve and file a supplemental brief on or before February 13, 2018, and respondent may serve and file a supplemental brief forty-five (45) days after the filing of appellant's supplemental submission, or, if appellant declines to file such a submission, on or before April 2, 2018.